December 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BENJAMIN K. SANCHEZ, Appellant

NO. 14-13-00272-CV                    V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
SOUNDVIEW HOME LOAN TRUST 2006-OPT4, ASSET-BACKED
CERTIFICATES, SERIES 2006-OPT4, HOMEWARD RESIDENTIAL, INC.
F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., AND REAL
TIME RESOLUTIONS, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT4, Asset-Backed Certificates, Series 2006-OPT4, Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc., and Real Time Resolutions, Inc., signed, January 8, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.